UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br>HOWREY LLP,<br>     Debtor. | Case No:  C 13-00449 SBA<br>**ORDER**<br>Docket 3, 4 |

On January 28, 2013, a Notice of Appeal was filed in Howrey LLP Bankruptcy Case No. 11-31376, Chapter 11, Honorable Dennis Montali.  Dkt. 1.  The transmittal of the record was received by the Court and filed on January 31, 2013.  Id.  On February 4, 2013, a Notice of Appeal was filed in Howrey Claims, LLC v. Paul Alexander et al., Case No. 12-3155, Honorable Dennis Montali.  Dkt. 3.  The transmittal of the record was received by the Court and inadvertently filed by the Clerk of the Court in this case on February 7, 2013.  Id.

Accordingly,

IT IS HEREBY ORDERED THAT Docket 3 is STRICKEN.  The Clerk shall open a new case for the Notice of Appeal filed in Howrey Claims, LLC v. Paul Alexander et al., Case No. 12-3155, Honorable Dennis Montali.  IT IS FURTHER ORDERED THAT Docket 4, titled NOTICE OF BRIEFING, is STRICKEN.

IT IS SO ORDERED.

Dated:  3/4/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge