```
HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California  93704
Telephone: (559) 438-4374
Facsimile:  (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com
```

Attorneys for Creditor
HOWREY CLAIMS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>    Debtor. | Case No. 4:13-cv-00449-SBA<br><br>Bankruptcy Case No. 11-31376 DM |
| Howrey Claims, LLC<br><br>    Appellant,<br><br>  v.<br><br>Alan Diamond, Chapter 11 Trustee<br><br>    Appellee. | ORDER GRANTING MOTION TO APPROVE STIPULATION TO CONSOLIDATE PROCEEDINGS AND SET BRIEFING SCHEDULE |

   HOWREY CLAIMS, LLC ("Appellant") filed a motion to approve a stipulation with ALAN DIAMOND, CHAPTER 11 TRUSTEE OF HOWREY LLP ("Appellee") to consolidate the two appeals in this matter which are District Court Case No. 4:13-cv-00449-SBA and District Court Case No. 4:13-cv-00981-SBA, and to extend and set a briefing schedule for the consolidated appeals.

   Having considered the motion, the declaration provided in support thereof, and the stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT

1. The motion is granted;

2. The appeal in adversary proceeding number 12-03155, which is District Court Case No. 4:13-cv-00981-SBA, shall be consolidated with and into the appeal in bankruptcy case number 11-31376, District Court Case No. 4:13-cv-00449-SBA;

3. Case No. 4:13-cv-00449-SBA shall be the lead case and is the case in which all future filings in this matter shall be submitted.

4. Case No. 4:13-cv-00981 shall be closed and terminated.

5. The deadline to file and serve Appellant's opening brief, as well as Appellant's excerpts of record, shall be extended to May 1, 2013. The deadline to file and serve Appellee's brief shall be extended to June 5, 2013. The deadline to file and serve Appellant's reply brief shall be extended to July 5, 2013.

6. This Order terminates Docket 13 and Docket 15.

IT IS SO ORDERED.

Dated: 3/26/13 _____
UNITED STATES DISTRICT JUDGE