1  WILLIAM MCGRANE [57761]
   MCGRANE LLP
2  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
3  Telephone: (415) 766-3590
   william.mcgrane@mcgranellp.com
4
   Attorneys for Plaintiff Howrey Claims, LLC,
5  on behalf of itself and all others similarly
   situated
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10
   In re:                                    Case No. 13-cv-00449 SBA
11                                            [consolidated with Case No. 13-cv-00981]
   HOWREY LLP,
12
   Debtor.
13                                            **STIPULATION AND PROPOSED
                                              ORDER RE-SETTING THE BRIEFING
   HOWREY CLAIMS, LLC,                       SCHEDULE**
14
        Appellant,
15 v.

16 ALAN DIAMOND, Chapter 11 trustee,

17      Appellee.

18

19

20

21

22

23

24

Pursuant to the Court's Order Granting Motion to Approve Stipulation to Consolidate Proceedings and Set Briefing Schedule (Dkt. No. 20) (March 26, 2013), in Case No. 13-cv-00449 (449), Appellee's Opposition Brief is due on June 5, 2013, and Appellant's Reply Brief is due on July 5, 2013.  Since setting of those dates, Howrey Claims, LLC initiated Case No. 13-cv-01889 (1889), which deals with essentially the same issues as 449.

Howrey Claims, LLC has already filed its Appellant's Opening Brief in 1889.  Howrey Claims, LLC, with the agreement of Trustee Alan Diamond's attorney, applied to the Court for an order consolidating 449 with 1889, so that the parties could avoid filing superfluous briefs in both cases.  As of this date the request to consolidate remains under submission.

Accordingly, the parties therefore stipulate that:

The due date for the Appellee's Opening Brief in 449 shall be extended to June 17, 2013—giving the Court time to consider the request for consolidation and, if granted, giving Appellee the time to incorporate both appeals into its Opposition Brief.

Appellant's Reply Brief will remain due on July 5, 2013.

**SO STIPULATED:**

Dated:  May 28, 2013         McGrane LLP

By: /s/ *William McGrane*
     William McGrane

Attorneys for Plaintiff Howrey Claims, LLC, on behalf of itself and all others similarly situated

Dated:  May 28, 2013         Diamond McCarthy LLP

By: /s/ *Ben King*
     Ben King

Attorneys for Trustee Alan Diamond

---

1
Stipulation and Proposed Order Re-Setting the Briefing Schedule

1    **IT IS SO ORDERED:**

2    Dated: May ~~28~~ 29, 2013        By: *Saundra B. Armstrong*
                                           Hon. Saundra Armstrong

3                                      United States District Court
                                       Northern District of California

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24