1   WILLIAM MCGRANE [57761]
    MCGRANE LLP
2   Four Embarcadero Center, Suite 1400
    San Francisco, CA 94111
3   Telephone: (415) 766-3590
    william.mcgrane@mcgranellp.com
4
    Attorneys for Plaintiff Howrey Claims, LLC,
5   on behalf of itself and all others similarly
    situated
6

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                             OAKLAND DIVISION

10
    In re:                                    Case No. 13-cv-00449 SBA
11                                            [consolidated with Case No. 13-cv-00981]
    HOWREY LLP,
12
    Debtor.
13                                            **STIPULATION AND [PROPOSED]
    HOWREY CLAIMS, LLC,                       ORDER RE-SETTING THE BRIEFING
14                                            SCHEDULE**
            Appellant,
15  v.

16  ALAN DIAMOND, Chapter 11 trustee ,

17          Appellee.

18

19

20

21

22

23

24

1    Pursuant to the Court's Order Granting Motion to Approve Stipulation to Consolidate

2    Proceedings and Set Briefing Schedule (Dkt. No. 20) (March 26, 2013), in Case No. 13-cv-

3    00449 (449), Appellee's Opposition Brief is due on June 5, 2013, and Appellant's Reply Brief

4    is due on July 5, 2013.  Since setting of those dates, Howrey Claims, LLC initiated Case No.

5    13-cv-01889 (1889), which deals with essentially the same issues as 449.

6    Howrey Claims, LLC has already filed its Appellant's Opening Brief in 1889.  Howrey

7    Claims, LLC, with the agreement of Trustee Alan Diamond's attorney, applied to the Court for

8    an order consolidating 449 with 1889, so that the parties could avoid filing superfluous briefs in

9    both cases.  As of this date the request to consolidate remains under submission.

10    Accordingly, the parties therefore stipulate that:

11    The due date for the Appellee's Opening Brief in 449 shall be extended to June 17,

12    2013—giving the Court time to consider the request for consolidation and, if granted, giving

13    Appellee the time to incorporate both appeals into its Opposition Brief.

14    Appellant's Reply Brief will remain due on July 5, 2013.

15    **SO STIPULATED:**

16    Dated:  May 28, 2013                          McGrane LLP

17                                                  By:  /s/ *William McGrane*
                                                           William McGrane
18
                                                  Attorneys for Plaintiff Howrey Claims, LLC, on
19                                                behalf of itself and all others similarly situated

20

21    Dated:  May 28, 2013                          Diamond McCarthy LLP

22                                                  By:  /s/ *Ben King*
                                                           Ben King
23                                                Attorneys for Trustee Alan Diamond

24

1       **IT IS SO ORDERED:**

2       Dated:  May 29, 2013                    By: *Saundra B Armstrong*
                                                    Hon. Saundra Armstrong

3                                                United States District Court
                                                 Northern District of California
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Stipulation and Proposed Order Re-Setting the Briefing Schedule