1  WILLIAM MCGRANE [57761]
   MCGRANE LLP
2  Four Embarcadero Center
   Suite 1400
3  San Francisco, CA 94111
   Telephone: (415) 766-3590
4  william.mcgrane@mcgranellp.com

5  Attorneys for Plaintiff Howrey Claims, LLC,
   on behalf of itself and all others similarly
6  situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>    Debtor. | Case No. 13-cv-00449 SBA<br>[consolidated with case nos. 13-cv-00981 and 13-01889] |
| HOWREY CLAIMS, LLC,<br><br>    Appellant,<br><br>v.<br><br>ALLAN DIAMOND, Chapter 11 Trustee,<br><br>    Appellee. | **STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE** |
| HOWREY CLAIMS, LLC,<br><br>    Appellant,<br><br>v.<br><br>RICHARD BECKLER, *et al.*,<br><br>    Appellees. | |

1   Appellant Howrey Claims, LLC previously filed its opening brief in consolidated case
2   no. 449 (at Docket No. 23 herein) and consolidated case no. 1889 (at Docket No. 4 in that case
3   file).  On May 29, 2013, the Court issued its order consolidating consolidated case no. 1189
4   with consolidated case no. 449.  In accordance with Docket No. 29, Appellee's filed a single
5   brief in opposition to both appeals on June 17, 2013 (Docket No. 31).  In addition, a brief was
6   filed by an "Informal Group of 59 Former Howrey Partners" on June 17, 2013 (Dkt. No. 33).
7   Docket No. 29 provided that Appellant Howrey Claims, LLC would file its reply brief
8   on July 5, 2013, a date that was set before the above referenced orders were entered and before
9   the "Informal Group" had made any appearance in this case.
10  The parties stipulate that the date for Appellant's brief will be extended to July 22, 2013.
11  **SO STIPULATED**
12  Dated:  June 20, 2013                               McGrane LLP

            By: /s/ *William McGrane*
                    William McGrane

            Attorneys for Plaintiff Howrey Claims, LLC, on
            behalf of itself and all others similarly situated

| | | |
|---|---|---|
| 1 | Dated:  June 20, 2013 | Diamond McCarthy LLP |
| 2 | | By:  /s/ *Ben King* |
| 3 | | Ben King |
| | | Attorneys for Trustee Alan Diamond |
| 4 | | |
| 5 | Dated:  June 20, 2013 | Klee, Tuchin, Bogdanoff & Stern LLP |
| 6 | | |
| 7 | | By:  /s/ *David M. Stern* |
| | | David M. Stern |
| 8 | | Attorneys for Informal Group of 59 Former Howrey Partners |

**SO ORDERED.**

Dated:  June  24, 2013

*Saundra B. Armstrong* (signature)

Hon. Saundra B. Armstrong

United States District Court
Northern District of California

---

2
Stipulation and Proposed Order re Briefing Schedule