```
 1  WILLIAM MCGRANE [57761]
    MCGRANE LLP
 2  Four Embarcadero Center
    Suite 1400
 3  San Francisco, CA 94111
    Telephone: (415) 766-3590
 4  william.mcgrane@mcgranellp.com

 5  Attorneys for Plaintiff Howrey Claims, LLC,
    on behalf of itself and all others similarly
 6  situated
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>    Debtor. | Case No. 13-cv-00449 SBA<br>[consolidated with case nos. 13-cv-00981 and 13-01889] |
| HOWREY CLAIMS, LLC,<br><br>    Appellant,<br><br>v.<br><br>ALLAN DIAMOND, Chapter 11 Trustee,<br><br>    Appellee. | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE** |
| HOWREY CLAIMS, LLC,<br><br>    Appellant,<br><br>v.<br><br>RICHARD BECKLER, *et al.*,<br><br>    Appellees. | |

Appellant Howrey Claims, LLC previously filed its opening brief in consolidated case no. 449 (at Docket No. 23 herein) and consolidated case no. 1889 (at Docket No. 4 in that case file). On May 29, 2013, the Court issued its order consolidating consolidated case no. 1189 with consolidated case no. 449. In accordance with Docket No. 29, Appellee's filed a single brief in opposition to both appeals on June 17, 2013 (Docket No. 31). In addition, a brief was filed by an "Informal Group of 59 Former Howrey Partners" on June 17, 2013 (Dkt. No. 33).

Docket No. 29 provided that Appellant Howrey Claims, LLC would file its reply brief on July 5, 2013, a date that was set before the above referenced orders were entered and before the "Informal Group" had made any appearance in this case.

The parties stipulate that the date for Appellant's brief will be extended to July 22, 2013.

**SO STIPULATED**

Dated: June 20, 2013

McGrane LLP

By: /s/ *William McGrane*
    William McGrane

Attorneys for Plaintiff Howrey Claims, LLC, on behalf of itself and all others similarly situated

| | | |
|---|---|---|
| 1 | Dated: June 20, 2013 | Diamond McCarthy LLP |
| 2 | | |
| 3 | | By: /s/ *Ben King* |
| | |     Ben King |
| 4 | | Attorneys for Trustee Alan Diamond |
| 5 | Dated: June 20, 2013 | Klee, Tuchin, Bogdanoff & Stern LLP |
| 6 | | |
| 7 | | By: /s/ *David M. Stern* |
| | |     David M. Stern |
| 8 | | Attorneys for Informal Group of 59 Former Howrey Partners |

**SO ORDERED.**

Dated: June _24_, 2013

                                                  *[signature]*
Hon. Saundra B. Armstrong
United States District Court
Northern District of California